SCOTTSDALE INSURANCE COMPANY *v.* DANIEL W. DUMONT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 857 (AC 23432), is denied.

*Daniel W. Dumont,* pro se, in support of the petition.

*Eileen Duggan, Andrew Brand, James V. Somers* and *Erik J. Ness,* in opposition.

Decided September 4, 2003

STATE OF CONNECTICUT *v.* EDDIE COTTON, JR.

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 749 (AC 23473), is denied.

*Alice Osedach-Powers,* assistant public defender, in support of the petition.